No. 1212. BOHN *v.* BOHN. Appeal from the Supreme Court of Mississippi. May 25, 1942. *Per Curiam:* The motion to dismiss is granted and the appeal is dismissed for want of a federal question. Under Rule 30 (2), dam-

ages of 10 percent of the amount of the judgment are awarded, it appearing that the appeal was frivolous and taken merely for delay. *Mr. Hanun Gardner* for appellant. *Mr. Webb M. Mize* for appellee.